IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODRICK MAURICE BRAYBOY, | : | No. 3:25-CV-0661 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| UNIT MANAGER KULLERNER, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion (Doc. 5) for leave to proceed *in forma pauperis* is **DENIED**.

2. Within **21 days** of the date of this Order, Plaintiff shall pay the full filing fee of $350.00 plus the administrative fee of $55.00 (for a total of $405.00), payable to "Clerk, U.S. District Court," United States District Court for the Middle District of Pennsylvania, 235 N. Washington Avenue, P.O. Box 1148, Scranton, PA 18501.

3. If Plaintiff fails to timely pay the requisite filing and administrative fees, the court will dismiss this case without prejudice pursuant to 28 U.S.C. § 1914 and Local Rule of Court 4.3.

Date: 4/25/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court